# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Terry Eugene Cureton,

        Plaintiff(s),

vs.

USA ,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-175-3/3:00-cr-222-2

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/3/05 Order.

May 3, 2005

FRANK G. JOHNS, CLERK

BY: _____

Betsy Wallace, Deputy Clerk